PD-0815-15

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

Court of Criminal Appeals
c/o Abel Acosta, Clerk
P.O. Box 12308, Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

RE: Trial Case # 17261
Appeal Case # 12-14-00094CR

Dear Sir;

I am directing this pro se motion to your attention to request a extension of time to file a petition for discretionary review. My reason for requesting an extension is due to the verifiable fact that I received a judgement from the 12th court of appeals dated May 13, 2015 on June 10, 2015.

In accordance to Texas Rules of appellate Procedure, chapter 68 a petition for discretionary review must be filed within 30 days of the court of appeals opinion. After receiving the court of appeals opinion on June 10, 2015, it is obviously clear that I am unable to adequately research an prepare a P.D.R in the required time.

Also, enclosed is a copy of a letter to the district clerk requesting the proper documents to help in the preparation of my P.D.R. I would request that the length of extension would allow for me to receive these documents from the district clerk and examine them in order to provide me with the

support I need to present a meaningful P.D.R.
Your cooperation to work jointly with me in
this important cause will be appreciative.

Respectfully,
Orlando George Hill
# 1930440

Janet Gates                                6-29-2015

RE: Cause # 17261                          C/O Pat Hanson
    Appeal Case # 12-14-00094 CR           District office
                                           135 S. Main 2nd fl
Dear Mam                                   Rusk Tx 75785


I am writing this letter to request the Brief of Appellant and the Brief for State for the above appeal case number. I request to receive copies of these briefs because I am now in the process of preparing a petition for discretionary review according to the rules of appellate procedure. Before I am able to adequately produce a petition for discretionary review I need to be made aware as to the challenge of issues that my appellate attorney presented to the court of appeals and what authorities were introduced in support of my appeal. In accordance to my constitutional due process guarantee. I am required to have possession of these documents in regard to my cause.

Your timely and prompt cooperation in providing me with the above requested documents will be greatly appreciative Thanking you in advance.

Respectfully
Orlanda George Hill

CC: Court of Criminal Appeals          # 1930440
    Abel Acosta, Clerk